IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARSHA STEWART,

      Petitioner,                  No. CIV S-09-0598 EFB P

   vs.

M. LATTIMORE, Warden,

      Respondent.               ORDER

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner has commenced this action in the wrong district.

      Petitioner was convicted in the Los Angeles County Superior Court, but is confined in Central California Women's Facility in Madera County. Although this court and the United States District Court in the district where petitioner was convicted both have jurisdiction, *see Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 499-500 (1973), witnesses and evidence necessary for the resolution of petitioner's application are more readily available in the county of conviction, *Id.* at 499 n. 15; 28 U.S.C. § 2241(d).

      Therefore, the court transfers this action to the Western Division of the United States District Court for the Central District of California. 28 U.S.C. §§ 84(c)(2); 1404(a).

////

1

Accordingly, it is ORDERED that this action is transferred to the United States District Court for the Central District of California.

DATED: April 14, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE